JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK MOEINOLMOLKI, et al., | Case No. CV 24-4851 FMO (MRWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| LONE STAR ALLIANCE, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of September, 2024.

/s/
Fernando M. Olguin
United States District Judge